**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2011 ★

**BROOKLYN OFFICE**

To: June Lowe, case coordinator          Date: __6/15/11__

From: Jack B. Weinstein

NEW CASE DOCKET NUMBER __CV11-2745__

Magistrate Judge __ORENSTEIN__

Treat under Local Rule 72.2 _____ ✓

Respectfully request expedition subject to view of the

Magistrate Judge_____

Set a conference before me as soon as possible after service _____

Issue an order to show cause why the case should not be dismissed as frivolous_____

Respectfully refer to the Magistrate Judge for:
_____
_____

Issue order as follows:
_____
_____

Other_____