INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):    1/4/12

2. Deadline for first request for production of documents and first request for interrogatories:    2/13/12

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:    plaintiff(s) 15; defendant(s) 15

3. Date for completion of any joinder of additional parties and amendment of the pleadings:    4/16/12

3(a). Number of proposed additional parties to be joined, if any, by:    plaintiff(s) 2; defendant(s) 0

4. Number of depositions by plaintiff(s) of:    parties 5; non-parties 2

5. Number of depositions by defendant(s) of:    parties 1; non-parties 3-4

6. Date of status conference (joint status report due two business days in advance):    5/21/12

7. Date for completion of factual discovery:    7/31/12

8. Are expert witnesses needed?    Yes ✓ No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):    medical 1; non-medical 0

8(b). Date for completion of those expert reports:    10/3/12

8(c). Number of expert witnesses, if any, of defendant(s):    medical 1; non-medical ___

8(d). Date for completion of those expert reports:    10/3/12

9. Date for completion of expert discovery:    10/15/12

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via fax two business days in advance):    10/22/12

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:  N/A

12. Types of contemplated dispositive motions by defendant(s) and dates for filing of those motions:  Summary Judgment 11/5/12

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes ___ No ___ N/A

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes ___ No X

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do not indicate which party declined.)  Yes ___ No X

5